No. 589. PORT CONSTRUCTION CO. v. VIRGIN ISLANDS HOUSING AUTHORITY. C. A. 3d Cir. Certiorari denied.

No. 594. RASTELLI v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 595. GRIMALDI v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 597. BADA CO. v. MONTGOMERY WARD & CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 598. SEXTON v. JACKSON READY-MIX CONCRETE. Sup. Ct. Miss. Certiorari denied.

No. 599. LUCKENBACH OVERSEAS CORP. v. COMPTON. C. A. 2d Cir. Certiorari denied.

No. 605. GREEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 607. DAVIS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 608. BAUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 613. SEVER-WILLIAMS CO., INC., ET AL. v. BOARD OF EDUCATION OF CHILLICOTHE CITY SCHOOL DISTRICT. Sup. Ct. Ohio. Certiorari denied.

No. 616. STEINBRECHER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.